UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN AND'RE WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:23-cv-00646-SEP |
| ) | |
| ACCESS-SECUREPAK, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff Brian And're Warren's Complaint, Doc. [1], and Motion to Waive Filing Fees and Order U.S. Marshal Services, Doc. [2]. In the latter filing, Plaintiff asks this Court to "waive the filing fees" and serve the complaint upon the defendant, pursuant to "28 USC 1915." Doc. [2]. The Court therefore construes it as a motion for leave to proceed *in forma pauperis*.

Plaintiff is a prisoner who, while incarcerated, has filed at least three civil actions that were dismissed on grounds that they were frivolous or malicious, or that they failed to state a claim upon which relief may be granted.[1] The Prison Litigation Reform Act of 1996 provides:

> In no event shall a prisoner bring a civil action ... under this section if the prisoner has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action . . . in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Therefore, Plaintiff may proceed *in forma pauperis* in this civil action only if he "is under imminent danger of serious physical injury." *Id.*

Plaintiff's allegations concern the defendant's allegedly wrongful refusal to let him receive a Securepak package and participate in the Securepak program. The allegations do not establish that Plaintiff is under imminent danger of serious physical injury. He therefore may not proceed *in forma pauperis* in this action. As a result, the Court denies Plaintiff's motion, Doc. [2], and dismisses this case without prejudice to the filing of a fully-paid complaint.

---

[1] *See Warren v. Miller*, No. 1:96-cv-119 (W.D. Mich. Aug. 13, 1996); *Warren v. Overton*, No. 1:02-cv-917 (W.D. Mich. Jan. 7, 2003); and *Warren v. Walters*, No. 2:04-cv-74876 (E.D. Mich. Feb. 10, 2005).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Brian And're Warren's Motion for Leave to Proceed *in forma pauperis*, Doc. [2], is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice to the filing of a fully-paid complaint.  A separate order of dismissal will be entered herewith.

Dated this 26th day of May, 2023.

                                                        */s/ Sarah E. Pitlyk*
                                                        SARAH E. PITLYK
                                                        UNITED STATES DISTRICT JUDGE